No. 105. SARGEANT *v.* GRIMES. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Frederick E. Dickerson* for petitioner. *Mr. Max P. Zoll* for respondent.

No. 106. McCUTCHAN *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Clyde Taylor* and *D. Heywood Hardy* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 108. CENTRAL RAILROAD COMPANY OF NEW JERSEY *v.* STATE TAX COMM'N ET AL. October 8, 1934. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Messrs. Alex. H. Elder* and *Maximilian M. Stallman* for petitioner. *Mr. Duane E. Minard* for respondents.

No. 109. PACIFIC WESTERN OIL Co. *v.* McDUFFIE, RECEIVER, ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Thomas A. J. Dockweiler* for petitioner. *Messrs. Atlee Pomerene, Frank Harrison, Robert B. Murphey, Norman S. Sterry, H. W. O'Melveny,* and *Alex. Macdonald* for respondents.

No. 111. BANDES *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Allen G. Gartner* for petitioner. *Solici-*

tor General Biggs, Assistant Attorney General Wideman, Messrs. James W. Morris and H. Brian Holland, and Miss Helen R. Carloss for respondent.

No. 112. JOHNSON, RECEIVER, v. MERCHANTS & MANUFACTURERS SECURITIES Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Mr. Frederick H. Wood for petitioner. Messrs. Samuel A. Dew and Michael J. Doherty for respondent.

Nos. 113 and 114. DORT, ADMINISTRATRIX v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia denied. Messrs. William P. Smith and John C. Evans for petitioner. Solicitor General Biggs, Assistant Attorney General Wideman, Miss Helen R. Carloss, and Messrs. James W. Morris and Erwin N. Griswold for respondent.

No. 116. WALLACE ET AL. v. SEAGRAVES. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Messrs. John Neethe, S. J. Brooks, and J. D. Williamson for petitioners. No appearance for respondent.

No. 117. MARYLAND CASUALTY Co. v. COOK-O'BRIEN CONSTRUCTION Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Mr. P. H. Marshall for petitioner. Mr. Floyd E. Jacobs for respondent.